O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROYCE WILLIAMS, et al., | ) | Case No. EDCV 07-1632-ABC (OP) |
| | ) | |
| Plaintiff, | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| CHILD PROTECTIVE SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, the Second Amended Report and Recommendation of the United States Magistrate Judge, and the Objections filed by Plaintiff, de novo.

/ / /

/ / /

/ / /

IT IS ORDERED that the Judgment be entered: (1) accepting this Second Amended Report and Recommendation; (2) granting the City Defendants' Motion for Summary Judgment (ECF No.197); (3) granting County Defendants' Motion for Summary Judgment (ECF Nos. 203-04); (4) denying Plaintiff's Motions for Summary Judgment as moot (ECF Nos.176-79); and (5) directing that judgment be entered dismissing the Second Amended Complaint with prejudice.

DATED: November 6, 2012

HONORABLE AUDREY B. COLLINS
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge