JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYCE WILLIAMS, et al., | Case No. EDCV 07-1632-ABC (OP) |
| Plaintiff, | J U D G M E N T |
| vs. | |
| CHILD PROTECTIVE SERVICES, et al., | |
| Defendants | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

1     IT IS ADJUDGED that the Second Amended Complaint is dismissed with
2 prejudice.

4 DATED: November 6, 2012
5                               HONORABLE AUDREY B. COLLINS
                                United States District Judge

8 Prepared by:

11 HONORABLE OSWALD PARADA
   United States Magistrate Judge